## Commonwealth *v.* Mazewski, Appellant.

Argued September 10, 1969. *Richard M. Lovenwirth,* Assistant

Public Defender, for appellant; *Richard A. Devlin*, Assistant District Attorney, with him *Stewart J. Greenleaf*, Assistant District Attorney, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.